CITY BANK FARMERS TRUST COMPANY, Appellant, *v.* C. R. H. BUILDING CORPORATION et al., Respondents, Impleaded with Others.

Argued June 4, 1941; decided July 29, 1941.

*George S. Mittendorf* and *Milton R. Friedman* for appellant. *Theodore Kiendl, George W. Palmer* and *Cyril T. McDermott* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.